IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CHARTWELL PROPERTIES, LLC              ,
         Plaintiff(s),

v.                                    Case No. 3:26-cv-00204

ROBERT LOW; NEW PRIME, INC.; WOLVERINE
LAND HOLDINGS, LLC; BILL KILLIAN; TONY SMITH;
         Defendant(s).  DAMIAN PROBSTFIELD; DEAN HOELD;
                        AND HEALTH LAMMEY

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local

Rule 7.01(b), this disclosure statement is filed by __ New Prime, Inc. _____.

The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1.      This party or intervenor is an individual, who resides in _____.

2.      This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

3.      This party or intervenor is a privately held corporation, incorporated in the state of __ Nebraska _____ with a principal place of business in the state of __ Missouri _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

__ Robert Low _____

__ Lawana Low _____.

4.   Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES     _X_ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____

_____.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

_____ YES     _X_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____

_____.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

_____ YES     _X_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____

_____.

7. Is this party or intervenor a limited liability company or limited liability partnership?

_____ YES     _X_ NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

_____ YES, this party or intervenor is a _____.     _X_ NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

_____ YES     _X_ NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

2

**Any additional pertinent information must also be provided on attached page(s).**

Date: 3/23/26     Signature: _____

Printed Name: _Chase Fann_

Title: _Attorney_

**CERTIFICATE OF SERVICE**
[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B)
and attach as separate page if necessary due to space constraints.]

3

## CERTIFICATE OF SERVICE

I certify that on March 24, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Brettson James Bauer
Rascoe S. Dean
Ryan Thomas Holt
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, TN  37203
bbauer@srvhlaw.com
rdean@srvhlaw.com
rholt@srvhlaw.com

*Counsel for Plaintiff Chartwell Properties, LLC*

Aubrey B. Harwell, Jr.
Adams and Reese LLP
1600 West End Avenue Suite 1400
Nashville, TN  37203
aubrey.harwell@arlaw.com

*Counsel for Plaintiff Chartwell Properties, LLC*

Gibeault C. Creson
Evan Rothey
Sims | Funk, PLC
3102 West End Avenue, Suite 1100
Nashville, TN  37203
bcreson@simsfunk.com
erothey@simsfunk.com

*Counsel for Defendants Bill Killian, Tony Smith, and Heath Lammey*

/s/ Chase Fann