IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CHARTWELL PROPERTIES, LLC                    ,
      Plaintiff(s),

v.                                              Case No. 3:26-cv-00204

ROBERT LOW; NEW PRIME, INC.; WOLVERINE
LAND HOLDINGS, LLC; BILL KILLIAN; TONY SMITH;
      Defendant(s). DAMIAN PROBSTFIELD; DEAN HOELD;
      AND HEALTH LAMMEY

## FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT
### (Diversity Jurisdiction)
## ATTACHMENT A

The members of Wolverine Land Holdings, LLC and their states of citizenship are as follows:

1. Robert Low - Missouri
2. Lawana Low - Missouri