IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARTWELL PROPERTIES, LLC ,
      Plaintiff(s),

v.                                  Case No. 3:26-cv-204

ROBERT C. LOW et al. ,
      Defendant(s).

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

      To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local Rule 7.01(b), this disclosure statement is filed by _____BILL KILLIAN_____.
The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

    1.     This party or intervenor is an individual, who resides in ___Missouri_____.

    2.     This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____with a principal  place of business in the state of _____.

    3.     This party or intervenor is a privately held corporation, incorporated in the state of _____with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____

_____.

    4.  Is this party or intervenor a parent or subsidiary of another corporation or corporations?

    _____ YES    __X__ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____

_____.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES     _X_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES     _X_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

7. Is this party or intervenor a limited liability company or limited liability partnership?

____ YES     _X_ NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____ YES, this party or intervenor is a _____.     _X_ NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

____ YES     _X_ NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

2

**Any additional pertinent information must also be provided on attached page(s).**

Date: 3/24/2026     Signature: /s/ Beau C. Creson

Printed Name: Beau C. Creson

Title: Attorney for Defendants Killian, Smith, and Lammey

**CERTIFICATE OF SERVICE**
**[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B)**
**and attach as separate page if necessary due to space constraints.]**

I hereby certify that a true and correct copy of the foregoing was served this 24th day of March, 2026 via the court's electronic filing system and/or by email pursuant to Fed. R. Civ. P. 5 upon the following counsel of record:

Rascoe Dean
Ryan T. Holt
Brettson J. Bauer
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN  37203
rdean@srvhlaw.com
rholt@srvhlaw.com
bbauer@srvhlaw.com

Aubrey B. Harwell, Jr.
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN  37203
aubrey.harwell@arlaw.com

Attorneys for Plaintiff


Chase Fann
Stephen J. Zralek
SPENCER FANE LLP
511 Union St., Suite 1000
Nashville, TN  37219
cfann@spencerfane.com
szralek@spencerfane.com

Attorneys for Defendants Robert C. Low,
New Prime, Inc., Wolverine Land Holdings, LLC,
Damian Probstfield, and Dean Hoedl


                                        /s/ Beau C. Creson